NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**STEPHANIE VINO FIGUEROA, AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF MANNY
FIGUEROA, DECEASED,**
*Petitioners-Appellants,*

v.

**SECRETARY OF HEALTH AND HUMAN
SERVICES,**
*Respondent-Appellee.*

_____

2012-5064

_____

Appeal from the United States Court of Federal
Claims in 10-VV-750, Judge Lynn J. Bush.

_____

**ON MOTION**

_____

**ORDER**

Stephanie Vino Figueroa moves without opposition to
reinstate this appeal.

On July 13, 2012, this appeal was dismissed for failure to timely file the joint appendix. Figueroa has now submitted the appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The mandate is recalled, the court's July 13, 2012 dismissal order is vacated, the petition is reinstated, and the joint appendix is accepted as filed.

FOR THE COURT

SEP 0 7 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Martin Leach, Esq.
Melonie J. McCall, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 7 2012

JAN HORBALY
CLERK